IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI MCKEIGHAN, | ) | Case No. 8:12CV169 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LAW OFFICES OF SUSAN | ) | |
| ADDISON BLUSH, P.C. d/b/a | ) | |
| KENTWOOD LAW GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement (Filing No. 5) by Joseph L. Howard, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **August 8, 2012,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 9th day of July 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge