IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI MCKEIGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV169 |
| | ) | |
| V. | ) | |
| | ) | |
| LAW OFFICES OF SUSAN ADDISON BLUSH, P.C., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Request for Extension of Time to File Dismissal (filing 11). The motion will be granted.

This case was filed on May 14, 2012. (Filing 1.) On June 21, 2012, Plaintiff notified the Court that a settlement had been reached and that Plaintiff anticipated that the settlement would be finalized in thirty days. (Filing 5.) Accordingly, the Court entered an order on July 9, 2012, directing the parties to file a joint stipulation for dismissal, or other dispositive stipulation, by or before August 8, 2012. (Filing 6.) Per motion by Plaintiff (filing 9), the dismissal papers deadline was subsequently extended to December 12, 2012. (Filing 10.)

Plaintiff has again requested that the dismissal deadline be extended for a period of sixty days. Plaintiff's motion will be granted. However, as there is presently no indication that Defendant has been served in this case, failure to submit the dismissal documents by or before February 12, 2013, may result in a recommendation that this action be dismissed.

Accordingly,

**IT IS ORDERED** that Plaintiff's Request for Extension of Time to File Dismissal (filing 11) is granted. Plaintiff shall file its dismissal documents by or before February 12, 2013.

**DATED** December 19, 2012.

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**